JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DERMOND JACKSON, an Individual, | Case No.: 5:17-02403 ADS |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT OF DISMISSAL |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order of Remand, Dkt. No. 22, filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED, and this action is DISMISSED with prejudice.

DATE: January 9, 2019

                               /s/ Autumn D. Spaeth
                              THE HONORABLE AUTUMN D. SPAETH
                              United States Magistrate Judge